# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ST. TAMMANY PARISH
GOVERNMENT

NO. 2024 CW 1172

VERSUS

WAYNE A. FLETCHER, DEBORAH
P. FLETCHER, AND ROUBION
CONSTRUCTION COMPANY, L.L.C.

**FEBRUARY 10, 2025**

---

In Re: Roubion Construction Company, L.L.C., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202214364.

---

BEFORE: **PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT DENIED.**

> **AHP**
> **TPS**
> **CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.**, serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.